Opinion issued May 17, 2012



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00386-CV

———————————

Metropolitan Transit
Authority

of Harris
County, Appellant

V.

Jeremy
Pierson, Appellee



 



 

On Appeal from the 55th District Court

Harris County, Texas



Trial Court Case No. 2010-35375

 



 

MEMORANDUM OPINION

          Appellant
Metropolitan Transit Authority of Harris County has filed a motion to dismiss
this interlocutory appeal.  See Tex.
R. App. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.  The Clerk of this Court is instructed to
issue the mandate with this Court’s judgment. 
See Tex. R. App. P. 18.6.

 

PER CURIAM

Panel
consists of Justices Keyes, Bland, and Sharp.